## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush                          Date: April 12, 2007
Court Reporter: Paul Zuckerman
Interpreter: Darlene Ensenat

Civil Action No. 07-cv-00638-MSK

*Parties*:                                        *Counsel Appearing*:

DORIS WATTS,                                       Carrie Lucas
                                                   Kevin Williams

              Plaintiff,

v.

KARMICHAEL FAMILY, LLC and                         Andrew Hamrick
TEAM ASSET MANAGEMENT
CORPORATION,

              Defendants.

---

### COURTROOM MINUTES

---

LAW & MOTION HEARING REGARDING PRELIMINARY INJUNCTION MOTION

**1:35 p.m.**      **Court in session**.

Interpreter sworn.

Discussion regarding claims, evidence, length of the preliminary injunction hearing and trial, and possible resolution.

**2:06 p.m.**      **Court in recess.**
**2:25 p.m.**      **Court in session.**

Counsel state that they were unable to resolve the case.

**ORDER**:      Hearing is continued. Matter will be referred to the Magistrate Judge for a settlement conference. After the settlement conference, counsel shall advise this Court whether or not this hearing needs to be reset.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**2:26 p.m.        Court in recess.**

Total Time: 00:32.
Hearing continued.