IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00638-MSK-MJW

DORIS WATTS,

       Plaintiff,

v.

KARMICHAEL FAMILY, LLC, and
TEAM ASSET MANAGEMENT CORPORATION,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Joint Motion to Dismiss Case With Prejudice" **(#20)** filed May 8, 2007.  Pursuant to the Motion, it is

**ORDERED** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

Dated this 8th day of May, 2007

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge